LIVE OAK, PERRY AND GULF RAILROAD COMPANY, A COR-
PORATION, *Plaintiff in Error*, v. R. H. HOLMES, *Defend-
ant in Error.*

## Opinion Filed April 28, 1923.

Where a motion for new trial is properly ruled upon in vacation
and denied, the court may, at the time of the denial of the
motion, though in vacation, by special order, allow further
time for the settlement and signing of the bill of exceptions.

A motion to strike the bill of exceptions.

Motion denied.

*John F. Harrell* and *John M. Gornto,* for Plaintiff in
Error;

*Hal W. Adams* and *W. P. Chavous,* for Defendant in
Error.

WEST, J.—This is a motion to strike from the transcript
of the record the bill of exceptions. The ground of the
motion is that the bill of exceptions was signed in vacation
by the trial judge, without an order having been made
during the term of the court at which the trial was had
allowing further time for settling and signing it. Rule
97, Rules of Circuit Courts—Law Actions. During the
term at which the trial was had and on the same day that
the verdict was returned, for satisfactory cause shown, the
court, in accordance with the provisions of section 2811,
Revised General Statutes, extended the time of defendant
for fifteen days for making and presentation of its motion
for a new trial. Within the fifteen days the motion for
new trial was presented and denied and the defendant was

allowed ninety days in which "to have settled and signed its bill of exceptions." The bill of exceptions recites that after the expiration of the term at which the verdict was rendered, by virtue of a special order made in said cause at the time of ruling on the motion for new trial, the defendant did propose and present its bill of exceptions to the trial judge and request him to sign the same, which was done within the time fixed in the order allowing further time.

Trial courts have power to hear and determine motions for new trials in vacation and adjudications thereof are to be entered in the minutes of the court and given like force and effect as if made during term time. Sec. 2532, Rev. Gen. Stats. This court has held that where a motion for new trial is properly ruled upon in vacation and denied, the court may, at the time of the denial of the motion, though in vacation, by special order. allow further time for the settlement and signing of the bill of exceptions. Charlotte Harbor, &c., Ry. Co. v. Buchan, 71 Fla. 575, 71 South. Rep. 842; A. C. L. R. Co. v. Mallard, 53 Fla. 515, 43 South. Rep. 755; McGee v. Ancrum, 33 Fla. 499, 15 South. Rep. 231. Upon authority of these cases the motion is denied.

TAYLOR, C. J., AND WHITFIELD, ELLIS AND BROWNE, JJ., concur.